65 F.3d 162
 Joseph J. Krivonak, Jr.
v.
Jeffrey L. Berkey, Esq., Court of Common Pleas of Somerset
County, PA, John J. Dirienzo, Jr., Esq., Fike, Cascio &
Boose, Reed J. Miller, Norman A. Shaulis, Senior Judge,
Sheriff of Cambria County, Pennsylvania, Sheriff of Somerset
County, Pennsylvania, Larry Sober, Somerset Rural Electric Cooperative
 NO. 94-3409
 United States Court of Appeals,
Third Circuit.
 July 28, 1995
 
 Appeal From: W.D.Pa., No. 93-cv-00274J,
 Smith, J.
 
 
 1
 AFFIRMED.